1  Andrew L. Rempfer
   Nevada Bar No. 8628
2  LAW OFFICES OF STEVEN J. PARSONS
   7201 W Lake Mead Blvd Ste 108
3  Las Vegas NV 89128-8354
   (702) 384-9900
4  (702) 384-5900 (fax)
   andy@sjplawyer.com
5
   Attorneys for Plaintiff
6  DANNY LITTLEFIELD

7              UNITED STATES DISTRICT COURT

8                   DISTRICT OF NEVADA

9  DANNY LITTLEFIELD, an individual;      Case No.  2:13-cv-01021-MMD-(GWF)

10     Plaintiff,                          SUBSTITUTION OF ATTORNEY

11  vs.

12  STATE OF NEVADA, EX. REL. DEPARTMENT
    OF PUBLIC SAFETY, NEVADA HIGHWAY
13  PATROL,

14     Defendants.
                                       /
15  _____

16     Plaintiff, Danny Littlefield, hereby substitutes Andrew L. Rempfer, Esq. and Law

17  Offices of Steven J. Parsons, 7201 W. Lake Mead Blvd., Las Vegas, NV 89128, (702)

18  384-5500, as counsel of record in place and stead of Cogburn Law Offices.

19     Dated: 3-17-15                    _____
                                         Danny Littlefield, Plaintiff
20     I consent to the above substitution.

21     Dated: 3/17/2015         By:  /s/ Jamie S. Cogburn, Esq.
                                     Cogburn Law Offices
22     I am duly admitted to practice in this District. Above substitution accepted.

23     Dated: 3/17/15
                                         Andrew L. Rempfer, Esq.
24  . . .

25  . . .

26  . . .

27  . . .

Law Offices of Steven J. Parsons
7201 W. Lake Mead Blvd., Ste. 108
Las Vegas, Nevada 89128-8354
(702)384-9900; fax (702)384-5900
Steve@SJPlawyer.com

Page 1 of 2

1   Please check one:_____ RETAINED, or_____ APPOINTED BY THE COURT.
2   APPROVED:
3   Dated: March 18, 2015   By: _____*George Foley Jr.*_____
                                UNITED STATES MAGISTRATE JUDGE
4
5                    PROOF OF SERVICE BY E-FILING
6       I hereby certify that service of the foregoing Plaintiffs' Substitute of Attorney to
7   Defendant State of Nevada was made upon Defendants' counsel, David R. Keene, II, ESQ.
8   of Nevada Attorney General, by e-filing with the Court's CM/ECF system, duly noting that on
9   prior e-filings by Defendant, counsel has been noted as receiving copies from the court by
10  e-filing and that they have consented to be served in that manner.
11      Dated: Thursday, March 12, 2015.
12                          /s/ Nick Loll
13                          An Employee of LAW OFFICES OF STEVEN J. PARSONS
14
15
16
17
18
19
20
21
22
23
24
25
26
27