Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DANNY LYNN LITTLEFIELD, | ) | CASE NO. 2:13-cv-01021-RFB-(GWF) |
| Plaintiff, | ) | |
| vs. | ) | SUBSTITUTION OF ATTORNEY |
| STATE OF NEVADA, ex rel., DEPARTMENT OF PUBLIC SAFETY, NEVADA HIGHWAY PATROL, | ) ) ) | |
| Defendant. | ) | |

Plaintiff DANNY LYNN LITTLEFIELD ("Plaintiff" or "Littlefield"), hereby substitutes Michael P. Balaban with the LAW OFFICES OF MICHAEL P. BALABAN at the address of 10726 Del Rudini Street, Las Vegas, Nevada with a telephone number of (702)586-2964, as attorney of record in place and stead of Steven J. Parsons of LAW OFFICES OF STEVEN J. PARSONS.

Dated this 23rd day of July, 2018.

/s/ Danny Lynn Littlefield
DANNY LYNN LITTLEFIELD

Steven J. Parsons of LAW OFFICES OF STEVEN J. PARSONS does hereby consent to the substitution of Michael P. Balaban with the LAW OFFICES OF MICHAEL P. BALABAN in his place and stead as attorney of record for Plaintiff Littlefield.

Dated: July 23, 2018.

/s/ Steven J. Parsons
STEVEN J. PARSONS

Michael P. Balaban with the LAW OFFICES OF MICHAEL P. BALABAN is duly admitted to practice in this District and does hereby accept the above substitution of attorney for Plaintiff Littlefield.

Dated: July 23, 2018.

/s/ Michael P. Balaban
MICHAEL P. BALABAN

**ORDER**

IT IS SO ORDERED.

Dated: July 24, 2018.

UNITED STATES MAGISTRATE JUDGE