AARON D. FORD
Attorney General
MICHELLE DI SILVESTRO ALANIS (Bar No. 10024)
Supervising Senior Deputy Attorney General
State of Nevada
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3268 (phone)
(702) 486-3773 (fax)
E-mail: malanis@ag.nv.gov
*Attorneys for Defendant, State of Nevada*
*ex rel. its Department of Public Safety,*
*Nevada Highway Patrol*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DANNY LYNN LITTLEFIELD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, ex rel. its DEPARTMENT OF PUBLIC SAFETY, NEVADA HIGHWAY PATROL<br><br>Defendant. | Case No.: 2:13-cv-01021-RFB-EJY<br><br>**STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, DANNY LYNN LITTLEFIELD, by and through his attorney, MICHAEL P. BALABAN, ESQ. of the LAW OFFICES OF MICHAEL P. BALABAN and Defendant, STATE OF NEVADA, ex rel. DEPARTMENT OF PUBLIC SAFETY, NEVADA HIGHWAY PATROL, by and through their attorneys, AARON D. FORD, Attorney General for the State of Nevada, and MICHELLE DI SILVESTRO ALANIS, Supervising Senior Deputy Attorney General, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a), the Court may dismiss Plaintiff's action, in its entirety, with prejudice, with each party to bear its own attorney's fees and costs.

IT IS FURTHER STIPULATED that the calendar call currently scheduled for October 15, 2019, at 1:30 p.m. and the trial currently scheduled for October 21, 2019 at 9:00 a.m. be vacated.

DATED this 24th day of September, 2019.          DATED this 24th day of September, 2019.

AARON D. FORD
Attorney General

By: /s/ Michelle Di Silvestro Alanis             By: /s/ Michael P. Balaban
Michelle Di Silvestro Alanis (Bar No. 10024)     Michael P. Balaban, Esq. (Bar No. 9370)
Supervising Senior Deputy Attorney General       Law Office of Michael P. Balaban
*Attorney for Defendant State of Nevada*         10726 Del Rudini Street
*Department of Public Safety, Nevada Highway Patrol*  Las Vegas, NV 89141
                                                 mbalaban@balaban-law.com
                                                 [Permission to sign electronically received in writing]

## **ORDER**

Based on the foregoing stipulation of the parties:

IT IS HEREBY ORDERED that the case is dismissed, in its entirety, with prejudice, each party to bear their own attorney's fees and costs.

IT IF FURTHER ORDERED the calendar call currently scheduled for October 15, 2019, at 1:30 p.m. and the trial currently scheduled for October 21, 2019 at 9:00 a.m. be vacated.

IT IS SO ORDERED.

DATED this 25th day of September, 2019.

_____
HONORABLE RICHARD F. BOULWARE
UNITED STATES DISTRICT COURT JUDGE